**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRACIE BAKED LLC and WECARE RG, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>GIFTROCKET, INC.,<br><br>        Defendant. | **RULE 7.1 Disclosure Statement**<br><br>Case No. 22-cv-4019 |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff WeCare RG, Inc., certifies that it has no corporate parents, affiliates, and/or subsidiaries.

Dated: July 8, 2022

                                                      By:   */s/ Raphael Janove*
                                                          Raphael Janove
                                                           **POLLOCK COHEN LLP**
                                                            111 Broadway, Suite 1804
                                                            New York, New York 10006
                                                            (212) 337-5361
                                                            Rafi@PollockCohen.com

                                                            *Attorney for Plaintiffs and the*
                                                            *Proposed Classes*