

Megan O'Neill
moneill@dtolaw.com
(415) 630-4100

February 23, 2023

<u>VIA EMAIL & ECF</u>

Raphael Janove
Adam Pollock
Alison Borochoff-Porte
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Rafi@PollockCohen.com
Adam@PollockCohen.com
Alison@PollockCohen.com

Re: *Gracie Baked LLC, et al. v. GiftRocket, Inc.*, No. 1:22-cv-04019-RPK-VMS

Dear Counsel:

Enclosed please find Defendant's Notice of Motion and Motion to Dismiss, Memorandum of Law in support thereof, and Proposed Order.

Pursuant to Rule IV.B.3 of the Individual Practice Rules of Judge Kovner, Defendant will file a copy of this letter via ECF. Once Defendant's Motion is fully briefed, Defendant will file all papers via ECF.

Sincerely,

Megan O'Neill

(Enclosures)