**EXHIBIT I**

**From:** Jake Douglas <jake@giftrocket.com>
**Sent:** Thursday, September 13, 2018 2:49 PM PDT
**To:** ███
**CC:** support@giftrocket.com <support@giftrocket.com>
**Subject:** Re: Business Profile on Gift Rocket

Great!

We went ahead and added your business page where people can go and give GiftRocket gift cards with your business as a suggested use here
http://www.giftrocket.com/gift_card/petrelli_previtera_schimmel_philadelphia_5

If you'd like to place a button on your website or if you have any other questions about having a business listed with us here's your business owners pages where you'll find some code, FAQs, etc
http://www.giftrocket.com/business_owners/petrelli_previtera_schimmel_philadelphia_5

Now people can recommend your business with GiftRocket gift cards!
If you have any other questions, feel free to shoot us an email!

Best regards,

Jake Douglas
Community Manager

> On Wed, Sep 12, 2018 at 03:44 pm, ███ wrote:
>
> Thank you, I am interested to see if this works for us as well.
>
> Firm's name is Petrelli Previtera Schimmel, LLC
>
> Website is https://www.petrelli-law.com/
>
> Philadelphia Address is
>
> 1845 Walnut Street
> 19th Floor
> Philadelphia, PA 19103



> Let me know if you need anything else from us,
>
>
>
> -----Original Message-----
> From: "Jake Douglas" <jake@giftrocket.com>
> Sent: Tuesday, September 11, 2018 5:26pm
> To: ███
> Cc: support@giftrocket.com
> Subject: Re: Business Profile on Gift Rocket
>
> Hi ███h!
> We'd be happy to have you! There's no fee to be listed on our site and the recipients get cash (usually from a close friend or relative) to spend at the business. Businesses listed end up getting free customers and some even choose to place a direct link on their website to their unique gift page (we can provide the code)
> Here's a link explaining how our gifts work
> http://www.giftrocket.com/business_owners
> And to get started we'll just need your business name, address and website
>
> Jake Douglas
> Community Manager
>
>> On Tue, Sep 11, 2018 at 05:13 pm, ███ wrote:
>>
>> I work with a family law firm in Philadelphia, Petrelli Previtera Schimmel, LLC. We are interested in

**CONFIDENTIAL**

earning how we can setup a page similar to this example below

McKinley Irvin Gift Cards and Gift Certificates - Portland, OR | GiftRocket
https://www.giftrocket.com/gift-card/mckinley-irvin-portland

Can you tell me the process to setup a corporate account like this example?


**Envoca Design**

Web Design | Responsive Development | Online Marketing | SEO

