# Exhibit 6

**From:** Nicolas Baum <nbaum@giftrocket.com>
**Sent:** Tuesday, January 25, 2022 8:19 AM PST
**To:** ecomcustomercare@worldpay.com <ecomcustomercare@worldpay.com>
**CC:** bkubic@tremendous.com <bkubic@tremendous.com>; jake@giftrocket.com <jake@giftrocket.com>
**Subject:** Re: Transaction Limit Increase [ ref:_00D20laoE._5005INUlts:ref ]

Hi Dikizsia,

We're requesting to permanently raise the limit to $60,000 for MIDs821844063053411648 and 821051974222220595. Ben Kubic will provide the invoices and/or POs.

Thanks,
Nick

Co-Founder & CEO
giftrocket.com
415-508-8875



EXHIBIT
PLF 31 K.H. 11/6/24

On Tue, Jan 25, 2022 at 12:50 PM, eComCustomerCare@worldpay.com <ecomcustomercare@worldpay.com> wrote:
> Hi Ben.
>
> Thanks so much for providing details.
>
> I see that we currently have Jake Douglas and Nicolas Baum listed as the Primary Business Contacts/those who are authorized to request this change. I have included both on this email as well.
>
> Jake/Nicolas, if you all would like to proceed with this change, please respond directly in this email thread with the following:
>
> - MIDs you are requesting this change to be applicable to
> - Amount you would like to request for the increase on each MID
> - Indicate whether the requested increase is permanent or temporary for each MID
> - Copies of invoices or purchase orders to substantiate the requested amounts
>
> Please let me know if you have any questions.
>
> Kind regards.
>
> Dikizsia Williams
> Client Relations Account Manager I
> Worldpay
> t: 844.843.6111, opt 3
>
>
> --------------- Original Message ---------------
> **From:** Ben Kubic [bkubic@tremendous.com]
> **Sent:** 24/01/2022, 19:17
> **To:** ecomcustomercare@worldpay.com
> **Subject:** Re: Transaction Limit Increase [ ref:_00D20laoE._5005INUlts:ref ]
>
> Hi Dikizsia - the company name is GiftRocket Inc, and the user name is Jane Change. We have two MIDS:
>
> 821844063053411648 for MasterCard
> 821051974222220595 for everything else
>
> On Mon, Jan 24, 2022 at 11:39 AM eComCustomerCare@worldpay.com <ecomcustomercare@worldpay.com> wrote:
>> Hi Ben.
>>
>> I would be happy to assist with your change.
>>
>> Please provide both the name we have on file for your account, as well as the MID that you are requesting the increase to be be made.
>>
>> Kind regards.
>>
>> Dikizsia Williams
>> Client Relations Account Manager I
>> Worldpay

t: 844.843.6111, opt 3

--------------- Original Message ---------------
**From:** Ben Kubic [bkubic@tremendous.com]
**Sent:** 21/01/2022, 21:34
**To:** ecomcustomercare@worldpay.com
**Subject:** Transaction Limit Increase

I'm Ben Kubic, GiftRocket's new VP of Business Operations. We have a number of corporate clients who are asking if we can raise our transaction limit above the current $25k threshold - what is the process for getting that limit raised to $60k?

Thanks,

Ben
--
**Ben Kubic**
VP, Business Operations

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you. Message Encrypted via TLS connection

ref:_00D20laoE._5005INUlts:ref


--
**Ben Kubic**
VP, Business Operations

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you. Message Encrypted via TLS connection