# EXHIBIT I

Page 2

                    November 18, 2024
                    10:24 a.m.

        Videotaped Deposition of NICOLAS
BERNARD BAUM, held at the offices of
Lexitas Legal, 420 Lexington Avenue,
New York, New York, before Kristin Koch, a
Registered Professional Reporter, Registered
Merit Reporter, Certified Realtime Reporter
and Notary Public of the State of New York.

Page 3

1   A P P E A R A N C E S:

4       JANOVE PLLC
5       Attorneys for Plaintiffs
6           500 Seventh Avenue
7           New York, New York 10018
8       BY:   RAPHAEL JANOVE, ESQ.
9             LIANA VITALE, ESQ. (Via Zoom)
10            SAM SHARFSTEIN, Paralegal

13      DTO LAW
14      Attorneys for GiftRocket Defendants
15          915 Wilshire Boulevard
16          Los Angeles, California 90017
17      BY:   MEGAN O'NEILL, ESQ.
18            - and -
19          307 Fifth Avenue
20          New York, New York 10016
21            KEVIN WESTERMAN, ESQ.

Page 4

1   A P P E A R A N C E S:  (Continued)

4       GREENE ESPEL PLLP
5       Attorneys for Sunrise Banks, N.A.
6           222 South 9th Street
7           Minneapolis, Minnesota 55402
8       BY:   GINA TONN, ESQ. (Via Zoom)

12  ALSO PRESENT:

14  JONATHAN POPHAM, Videographer
15  KIMBERLY VILLALOBOS, Lexitas Zoom Monitor

Page 5

1       THE VIDEOGRAPHER:  We are now on the
2   record.  My name is Jonathan Popham.  I am a
3   videographer retained by Lexitas.  This is a
4   video deposition for the United States
5   District Court in the Eastern District of
6   New York.
7       Today's date is November 18th, 2024,
8   and the time is 10:24 a.m.  This deposition
9   is being held at Lexitas, 420 Lexington
10  Avenue, New York, New York, in the matter of
11  Gracie Baked LLC, WeCare RG, Incorporated,
12  and Millercobb LLC versus GiftRocket,
13  Incorporated, et al.  The deponent is Nicolas
14  Baum.
15      Will counsel, please, introduce
16  themselves for the record.
17      MR. JANOVE:  Good morning.  Raphael
18  Janove, Janove PLLC, for plaintiffs.
19      MS. O'NEILL:  Good morning.  Megan
20  O'Neill for the GiftRocket defendants.
21      MR. JANOVE:  Also with me -- go ahead,
22  Liana.
23      MS. TONN:  Gina Tonn from Greene Espel
24  PLLP for Sunrise Banks.
25      MS. O'NEILL:  Also with me is Kevin

Page 190

1  A. Ben and Kapil together manage some HR
2  functions, but no, Ben doesn't own -- specifically
3  own HR.
4  Q. Who supervises Ben Kubic?
5  A. I do.
6  Q. Okay. Let's turn to --
7  MS. O'NEILL: We have been going a
8  while.
9  MR. JANOVE: We can take a break
10 actually. Let's go off the record.
11 THE VIDEOGRAPHER: We are going off
12 record at 4:32 p.m. This marks the end of
13 media 4.
14 (Recess was taken from 4:32 to 4:43.)
15 THE VIDEOGRAPHER: We are back on the
16 record at 4:43 p.m. This marks the beginning
17 of media 5.
18 MR. JANOVE: Okay. Let's turn to
19 what we will mark as Exhibit 71. This is
20 GR 0050510.
21 (Exhibit 71, GiftRocket Wind Down,
22 Bates stamped GR 0050510, marked for
23 identification.)
24 (Document review.)
25 THE WITNESS: Okay.

Page 191

1  BY MR. JANOVE:
2  Q. What is this document?
3  A. It is a document that was shared with
4  the team about winding down the GiftRocket
5  business.
6  Q. When was this document created?
7  A. The file itself, as you can see on the
8  document, was November 10th, but it was revised to
9  its final state by November 14th and shared with
10 the team on November 14th of this year.
11 Q. Who did you -- you mentioned sharing
12 this with the team. Who did you share it with?
13 A. I shared it with everyone who is
14 involved with Tremendous -- with the Tremendous
15 business, with Tremendous Parent, Inc., which is
16 the holding company, everyone who owns -- is
17 currently engaged working on the Tremendous
18 business.
19 Q. Did you create this document?
20 A. I did.
21 Q. Did anyone help you -- anyone else help
22 you write this document?
23 A. I -- Kapil gave some -- some feedback
24 about the content and I shared it with the -- with
25 DTO as well.

Page 192

1  Q. How did you share this document with
2  your team?
3  A. It was a post in Slack that referenced
4  this page so people could click through and see
5  it.
6  Q. And is there a Slack conversation
7  regarding this post?
8  A. There is one post that's very brief, it
9  says: Hey, everyone, we are -- something to the
10 effect of we have decided to wind down GiftRocket,
11 more info here.
12 Q. Are individuals responding to your post
13 in Slack?
14 A. No.
15 Q. Are you going to have a meeting to
16 discuss this with your employees?
17 A. No.
18 Q. Have you received questions from your
19 employees regarding the GiftRocket wind-down?
20 A. No. There hasn't been a response on
21 Slack or within this document. Most everyone
22 within the organization has limited familiarity
23 with -- with the GiftRocket business.
24 Q. What is the title of this document?
25 A. GiftRocket Wind Down.

Page 193

1  Q. And what is the title of the first
2  subheading?
3  A. Farewell GiftRocket.
4  Q. What does the first sentence below that
5  say?
6  A. "We've decided to shut down GiftRocket,
7  the original business Kapil and Nick founded in
8  2010."
9  Q. When you write "we've decided," who is
10 we?
11 A. Me and Kapil.
12 Q. When did you decide to shut down
13 GiftRocket?
14 MS. O'NEILL: Objection to form.
15 A. A few weeks ago.
16 Q. And why did you wait until November
17 10th to create this document, if you had made the
18 decision a few weeks prior?
19 MS. O'NEILL: Objection to form.
20 A. It was created, in my opinion, on a
21 relatively short -- short time frame.
22 Q. And why did you distribute it on
23 November 14th?
24 MS. O'NEILL: Objection to form. I
25 would instruct you to not reveal any

Page 210

1  business that's on the Google Places API, which is
2  millions of businesses in the United States.  Are
3  you referring to every single business on the
4  Google Places API?
5       Q.    Do you ask the businesses on the Google
6  API whether they wanted to be listed on
7  GiftRocket.com?
8       A.    The millions of businesses on Google
9  Places API, no.
10      Q.    Before Google API, how did you get
11 business information on the website?
12            MS. O'NEILL:  Objection to form.
13      A.    We used the Yelp API.
14      Q.    And the Yelp API allowed you to list
15 millions of businesses on GiftRocket.com?
16            MS. O'NEILL:  Objection to form.
17      A.    What do you mean by allow to list
18 businesses?  There was an agreement between
19 GiftRocket and Yelp to use their API and they had
20 an understanding of the application, but I'm not
21 sure what you mean by allow.
22      Q.    So you populated -- before Google
23 Places, you populated SEO pages using Yelp's
24 information; is that correct?
25      A.    That's correct.

Page 211

1       Q.    So did you -- before Google Places API
2  when you were using Yelp, did you ask businesses
3  for consent before you generated the SEO pages?
4             MS. O'NEILL:  Objection to form.
5       A.    No, we didn't ask businesses for
6  consent.
7       Q.    Have you ever considered asking
8  businesses for consent?
9       A.    It's infeasible that we would ask
10 millions of businesses for consent, and just as
11 Yelp, for example, does not ask every single
12 business for consent to be listed, or Google
13 Places.  It's not practical.
14      Q.    Have businesses been angry that they
15 were listed on GiftRocket.com without consent?
16            MS. O'NEILL:  Objection to form.
17      A.    We have received communications from
18 businesses that have asked to be removed for some
19 individual -- I don't know what qualifies
20 specifically as angry, but there are businesses
21 who preferred not to be listed on the website and
22 our practice was to remove them promptly when they
23 reached out.
24      Q.    Okay.  Let's take a look at what's been
25 previously marked as Exhibit 2.  This is GR

Page 212

1  0038212.  Just take a moment.
2             (Document review.)
3       A.    Okay.
4       Q.    What is this document?
5       A.    It's a communication between me, Kapil
6  Kale and Ben Plesser.
7       Q.    And what's the date?
8       A.    May 15th, 2016.
9       Q.    Do you see Kapil posts a URL at
10 1:37 p.m., giftrocket.com/gift-card/massage-by-
11 melissa-paul-turlock, do you see that?
12      A.    I do.
13      Q.    Does that URL refer to an SEO page?
14            MS. O'NEILL:  Objection to form.
15      A.    It refers to a landing page where a
16 customer could purchase -- could make a purchase.
17 Every page on GiftRocket is -- is accessible, or
18 most pages.  Many pages are accessible via Google
19 search, even the home page.  By SEO page you mean
20 the one where it's like a business landing page,
21 then yes.
22      Q.    So if someone searched for Massage by
23 Melissa maybe using the phrase "gift card," it's
24 potential that there would be a Google search
25 result with this link directing them to this page

Page 213

1  on GiftRocket.com?
2       A.    It's possible.
3       Q.    We just don't know what the result
4  might be?
5       A.    Correct.
6       Q.    Then Kapil says:  "Let's just remove
7  this business?"  Do you see that?
8       A.    Yes.
9       Q.    So he is saying that someone -- that
10 you should remove this landing page; correct?
11      A.    Yes.
12      Q.    Okay.  Then do you see a little bit
13 lower:  "Yeah, taking down seems right.  We might
14 also want to have "@support" add that "We cannot
15 find a request from that particular business, but
16 we've gone ahead and turned off that page"."  And
17 then Ben says:  "That article from CNN is
18 terrifying.  I deleted that business."
19            Do you recall what this article is
20 referring to?
21      A.    No.
22      Q.    Okay.  At the bottom do you see -- what
23 do you write at 3:53 p.m.?
24      A.    "I don't like mentioning publicly that
25 we remove businesses."

Page 278

1 purchase. Now, for Google we don't know exactly
2 how many are listed. I think there is some query
3 that you can do in Google to get a sense of
4 broadly how many pages are indexed for a specific
5 website. That might give some rough
6 approximation.
7         MS. O'NEILL: We are at the seven-hour
8     mark by our records. I don't know if you
9     show something different.
10         THE VIDEOGRAPHER: 7:01 I have.
11         MS. O'NEILL: Yes, that's a wrap.
12         (Continued on next page to include
13     jurat.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 279

1         MR. JANOVE: All right.
2         MS. O'NEILL: And I'd like to have the
3     opportunity to review transcript, the witness
4     I mean.
5         THE VIDEOGRAPHER: Does anyone else
6     have anything?
7         MS. TONN: No.
8         THE VIDEOGRAPHER: Are we all set to go
9     off?
10         MS. O'NEILL: Yes.
11         THE VIDEOGRAPHER: This concludes
12     today's testimony of Nicolas Baum. We are
13     going off the record at 7:22 p.m. This also
14     concludes media 7.
15         (Time noted: 7:22 p.m.)
16
17
18         ---------------------
19             NICOLAS BERNARD BAUM
20
21 Subscribed and sworn to before me
22 this      day of           2024.
23
24 ----------------------------------------
25

Page 280

1             C E R T I F I C A T E
2
3 STATE OF NEW YORK    )
4                      ) ss.:
5 COUNTY OF NASSAU     )
6
7     I, KRISTIN KOCH, a Notary Public
8     within and for the State of New York, do
9     hereby certify:
10     That NICOLAS BERNARD BAUM, the
11     witness whose deposition is hereinbefore
12     set forth, was duly sworn by me and that
13     such deposition is a true record of the
14     testimony given by such witness.
15     I further certify that I am not
16     related to any of the parties to this
17     action by blood or marriage; and that I am
18     in no way interested in the outcome of this
19     matter.
20     IN WITNESS WHEREOF, I have hereunto
21     set my hand this 27th day of November,
22     2024.
23            *Kristin Koch*
24     ------------------------
25         KRISTIN KOCH, RPR, RMR, CRR

Page 281

1 --------------------I N D E X-------------------
2
  WITNESS                 EXAMINATION BY       PAGE
3
4 NICOLAS BERNARD BAUM    MR. JANOVE            6
5
  --------------------EXHIBITS--------------------
6
7 NUMBER                                PAGE  LINE
8
  Exhibit 59
9 E-mail dated April 25, 2016, Bates
  stamped GR 0008337 through GR 0008339..36    9
10
  Exhibit 60
11 E-mail dated December 15, 2016, Bates
  stamped GR 0004488.....................51   24
12
  Exhibit 61
13 Slack message printout, Bates stamped
  GR 0049234 through GR 0049239..........62   16
14
  Exhibit 62
15 E-mail dated December 26, 2016, Bates
  stamped GR 0008387 through GR 0008390..70   21
16
  Exhibit 63
17 E-mail dated February 2, 2017, Bates
  stamped GR 0020064.....................83   22
18
  Exhibit 64
19 Sunrise Banks Website Review Report
  Card, Bates stamped GR 0036354 and GR
20 0036355................................98   12
21 Exhibit 65
  E-mail dated December 22, 2017, Bates
22 stamped GR 0007725....................146   24
23 Exhibit 66
  E-mail dated December 27, 2017, Bates
24 stamped GR 0007719 and GR 0007720.....148   23
25