

| | | |
|---|---|---|
| Raphael Janove<br>Shareholder | 500 7th Avenue<br>8th Floor<br>New York, NY 10018 | T 646-347-3940<br>raphael@janove.law<br>www.janove.law |

March 28, 2025

**VIA ECF AND EMAIL**

Megan O'Neill
Katherine Kramer
DTO Law
moneill@dtolaw.com
kkramer@dtolaw.com

Faris Rashid
Greene Espel PLLP
frashid@greeneespel.com

   Re: *Gracie Baked LLC, et al. v. GiftRocket, Inc. et al.*, No. 1:22-CV-04019-RPK-VMS

Dear Counsel:

  Enclosed please find Plaintiffs Gracie Baked LLC, WeCare RG, Inc., and Millercobb LLC's Notice of Motion and Motion for Class Certification, Memorandum of Law in support thereof, attorney declarations, and the exhibits cited therein.

  Pursuant to Rule IV.B.3 of Judge Kovner's Individual Practice Rules, Plaintiffs will file a copy of this letter via ECF. Plaintiffs will file the complete set of these materials when filing their reply motion, as outlined by Rule IV.B.3.d of Judge Kovner's Individual Practice Rules.

  Plaintiffs do not believe that anything in this filing meets the high standard to justify sealing other than what is redacted in the exhibits (the personal contact information from customer and business complaints sent to Defendants, any confirmation numbers or redemption codes, and any credit card or personal financial information appearing in receipt emails sent to purchasers, all of which is information that has been previously redacted in public filings in this case). To the extent Defendants want anything more sealed, they can propose additional redactions and file sealing motions.

  Plaintiffs are happy to meet and confer on any sealing issues before filing.

            Respectfully submitted,

            */s/ Raphael Janove*

            Raphael Janove

Enclosures
CC: All Counsel of Record via ECF