# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIE BAKED LLC., WECARE RG, INC. d/b/a CAFÉ OLE IN THE VALLEY, and MILLERCOBB LLC., <br><br> Plaintiffs, <br><br> -against- <br><br> GIFT ROCKET, INC, *et al.,* <br><br> Defendants. | **Civil Action No. 1:22-cv-04019-RPK-VMS** |

## UNOPPOSED MOTION TO WITHDRAW

In accordance with Local Rule 1.4(b), Janene Marasciullo and the law firm Offit Kurman, P.A. hereby, seek leave to withdraw their appearance as attorney of record on behalf of Defendant, Sunrise Banks, N.A. ("Sunrise"). There is good cause for this request.

As explained in the accompanying declaration of Janene Marasciullo, Ms. Marasciullo entered an appearance to seek the *pro hac vice* admission of Sunrise's primary counsel, Greene Espel, PLLP. However, Kshithij Shrinath, who is admitted in New York, has become associated with Greene Espel, PLLP and entered an appearance. (Dkt. 214). Sunrise and Greene Espel consent to this motion to withdraw and this motion will not prejudice any party nor delay the resolution of this matter. Wherefore, Janene Marasciullo and Offit Kurman, P.A., respectfully seek to withdraw their appearance on behalf of Sunrise Bank, N.A.

New York, NY  
Dated: June 25, 2025

OFFIT KURMAN, P.A.

By: */s/ Janene Marasciullo*  
Janene Marasciullo  
590 Madison Avenue, 6th Floor.  
New York, New York

Telephone: (212)545-1900
Direct: (347)589-8514
Janene.Marasciullo@offitkurman.com

CERTIFICATE OF SERVICE

On June 26, 2025, I filed the foregoing Motion to Withdraw via ECF, which provided an electronic copy of same to all counsel of record. In addition, I served a copy of the foregoing Motion to Withdraw on the parties identified below via email and First Class U.S. Mail:

Andrew Toftey, Esq.
Sunrise Bank, N.A.
2525 Wabash Ave
St. Paul, MN 55114

/s/ Janene M. Marasciullo

Janene M. Marasciullo

4900-0279-0737, v. 1