

Megan O'Neill
moneill@dtolaw.com

July 8, 2025

**VIA ECF**

The Honorable Vera M. Scanlon
United States District Court
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   **Gracie Baked LLC, et al. v. GiftRocket, Inc. et al., No. 1:22-cv-04019-RPK-VMS**

Dear Judge Scanlon:

The Parties jointly write to update the Court pursuant to the Court's July 7, 2025 Order. Plaintiffs have informed Defendants that they will not be relying on a rebuttal expert, and as such the Parties will not be submitting a separate discovery proposal.

Very truly yours,

Megan O'Neill
Attorneys for the GiftRocket Defendants

*/s/ Raphael Janove*
Raphael Janove
**JANOVE PLLC**
500 7th Avenue, 8th Fl.
New York, NY 10018
(646) 347-3940
raphael@janove.law

*Attorney for Plaintiffs and the Proposed Classes*

*/s/ Gina M. Tonn*
Mark L. Johnson (admitted PHV)
Faris A. Rashid (admitted PHV)
Gina M. Tonn (admitted PHV)
Kshithij Shrinath
**GREENE ESPEL PLLP**

702 Marshall Street, Suite 640
Redwood City, CA 94063
main: (415) 630-4100 | dtolaw.com

915 Wilshire Boulevard, Suite 1950
Los Angeles, CA 90017
main: (213) 335-6999 | dtolaw.com

307 5th Avenue, 12th Floor
New York, NY 10016
main: (646) 995-5400 | dtolaw.com

Hon. Vera M. Scanlon
July 8, 2025
Page 2

222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
frashid@greeneespel.com
gtonn@greeneespel.com
kshrinath@greeneespel.com

*Attorneys for Defendant Sunrise Banks, N.A.*