

Raphael Janove
Shareholder

500 7th Avenue
8th Floor
New York, NY 10018

T 646-347-3940
raphael@janove.law
www.janove.law

August 1, 2025

**VIA ECF AND EMAIL**

Megan O'Neill
Katherine Kramer
DTO Law
moneill@dtolaw.com
kkramer@dtolaw.com

Faris Rashid
Greene Espel PLLP
frashid@greeneespel.com

    Re: *Gracie Baked LLC, et al. v. GiftRocket, Inc. et al.*, No. 1:22-CV-04019-RPK-VMS

Dear Counsel:

    Enclosed please find Plaintiffs Gracie Baked LLC, WeCare RG, Inc., and Millercobb LLC's (1) Reply Memorandum of Law in Support of their Motion for Class Certification, including all supporting documents, and (2) Plaintiffs' Notice of *Daubert* Motion and Motion to Exclude the Opinions and Testimony of Dr. Keith Ugone, including all supporting documents.

    Pursuant to Rule IV.B.3 of Judge Kovner's Individual Practice Rules and Judge Kovner's July 30, 2025 Order, Plaintiffs will file a copy of this letter via ECF. Plaintiffs will then file the complete set of the Class Certification and *Daubert* Motion materials when filing their Reply in support of their *Daubert* Motion.

    Plaintiffs do not believe that anything in these filings meets the high standard to justify sealing. To the extent Defendants want anything sealed, they can propose additional redactions and file sealing motions.

    Plaintiffs are happy to meet and confer on any sealing issues before filing.

    Respectfully submitted,

    */s/ Raphael Janove*

    Raphael Janove

Enclosures
CC: All Counsel of Record via ECF