

Megan O'Neill
moneill@dtolaw.com
(415) 630-4100

September 9, 2025

<u>**Via ECF and Email**</u>

Raphael Janove, Esq.
Liana Vitale, Esq.
Janove PLLC
raphael@janove.law
liana@janove.law

Matthew Weinshall, Esq.
Dayron Silverio, Esq.
Podhurst Orseck, P.A.
mweinshall@podhurst.com
dsilverio@podhurtst.com

**Re:** *Gracie Baked LLC, et al. v. GiftRocket, Inc., et al.*, No. 1:22-cv-04019-RPK-VMS

Dear Counsel:

Enclosed please find Defendant GiftRocket, LLC's Opposition to Plaintiffs' *Daubert* Motion to Exclude the Opinions and Testimony of Dr. Keith Ugone, accompanied by the Declaration of Katherine Burghardt Kramer in support thereof.

Sincerely,

Megan O'Neill

(Enclosures)

cc: Faris Rashid, Esq.
     Gina Tonn, Esq.