UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIE BAKED LLC, WECARE RG, INC., and MILLERCOBB LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIFTROCKET, INC., TREMENDOUS, INC., NICHOLAS BAUM, KAPIL KALE, JONATHAN PINES, BENJAMIN KUBIC, SUNRISE BANKS, N.A., GIFTROCKET, LLC, TREMENDOUS LLC, and TREMENDOUS PARENT, INC.,<br><br>Defendants. | Case No. 22-CV-4019 (RPK) (VMS)<br><br>**Oral Argument Requested** |

# PLAINTIFFS' NOTICE OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. KEITH UGONE

JANOVE PLLC
500 7th Avenue, 8th Floor
New York, NY 10018
(646) 347-3940

PODHURST ORSECK, P.A.
2525 Ponce de Leon Blvd., Suite 500
Coral Gables, FL 33134
(305) 358-2800

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiffs Gracie Baked LLC, WeCare RG, Inc., and Millercobb LLC, on behalf of themselves and all others similarly situated, move this Court, before the Honorable Rachel P. Kovner, in Courtroom 4E-N at 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order Excluding the Opinions and Testimony of Defendant GiftRocket LLC's expert Dr. Keith Ugone.

This Motion is based upon this Notice, the accompanying Memorandum of Law, the supporting declaration of Raphael Janove and exhibits attached thereto, the complete record in this action, and other matters and arguments that may come before this Court.

Respectfully Submitted,

By: */s/ Raphael Janove*
Raphael Janove
**JANOVE PLLC**
500 7th Avenue, 8th Fl.
New York, NY 10018
(646) 347-3940
raphael@janove.law

Liana Vitale
**JANOVE PLLC**
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
(805) 505-9550
liana@janove.law

Dated: August 1, 2025

Matthew Weinshall (Admitted *pro hac vice*)
Dayron Silverio (Admitted *pro hac vice)*
**PODHURST ORSECK, P.A.**
2525 Ponce de Leon Blvd., Ste. 500
Coral Gables, FL 33134
(305) 358-2800
mweinshall@podhurst.com
ds@podhurtst.com

*Attorneys for Plaintiffs and the Proposed Classes*