# Exhibit K

**From:** Benton Real Estate Appraisers <​█████████>
**Sent:** Monday, February 17, 2025 7:03 AM PST
**To:** Katie Burghardt Kramer <kkramer@dtolaw.com>
**Subject:** Re: Antidote question

11 is fine. See you then.

On Sat, Feb 15, 2025 at 2:00 PM Katie Burghardt Kramer <kkramer@dtolaw.com> wrote:

> Thanks Eliza. I'll come by at 11 am on Feb. 20th.
>
> If you want to shift the time earlier or later, just let me know.
>
> Katherine Burghardt Kramer| **DTO Law**
> Direct: (646) 688-4081
>
> kkramer@dtolaw.com

---

**From:** Benton Real Estate Appraisers █████████
**Sent:** Friday, February 14, 2025 11:16 AM
**To:** Katie Burghardt Kramer <kkramer@dtolaw.com>
**Subject:** Re: Antidote question

I'm out of town Wednesday the 19th but am available any time on the 20th.

On Fri, Feb 14, 2025 at 10:34AM Katie Burghardt Kramer <kkramer@dtolaw.com> wrote:

> Hi Eliza,
>
> Actually, it may be easier if I just come up to Vergennes next week and we can review in person. You can then print it out, sign, and we'll be all set. Would February 19 or 20 work for you? My schedule is pretty flexible on both days.
>
> Thanks!
>
> Katie
>
> Katherine Burghardt Kramer| **DTO Law**
> Direct: (646) 688-4081
>
> kkramer@dtolaw.com

---

> **From:** Benton Real Estate Appraisers █████████
> **Sent:** Thursday, February 13, 2025 10:32 AM

**To:** Katie Burghardt Kramer <kkramer@dtolaw.com>
**Subject:** Re: Antidote question

Sure, no problem.

On Wed, Feb 12, 2025 at 2:35PM Katie Burghardt Kramer <kkramer@dtolaw.com> wrote:

> Hi Eliza,
>
> Sorry for the long delay here. Could we set up a Zoom meeting to review a few details? I wanted to confirm a few details with you, and then I can send you a declaration to sign.
>
> Thanks!
>
> Katie
>
> Katherine Burghardt Kramer| **DTO Law**
> Direct: (646) 688-4081
>
> kkramer@dtolaw.com

---

**From:** Benton Real Estate Appraisers ▇▇▇▇▇▇▇▇
**Sent:** Tuesday, January 7, 2025 9:05 AM
**To:** Katie Burghardt Kramer <kkramer@dtolaw.com>
**Subject:** Re: Antidote question

Sounds good. See you then.

On Mon, Jan 6, 2025 at 6:57PM Katie Burghardt Kramer <kkramer@dtolaw.com> wrote:

> Great! I'll come meet you at 9:00 on Friday. Should we meet at your office?
>
> Best,
>
> Katie
>
> Katherine Burghardt Kramer| **DTO Law**
> Direct: (646) 688-4081
>
> kkramer@dtolaw.com

---

> **From:** Benton Real Estate Appraisers ▇▇▇▇▇▇▇▇
> **Sent:** Monday, January 6, 2025 12:15 PM
> **To:** Katie Burghardt Kramer <kkramer@dtolaw.com>

**Subject:** Re: Antidote question

Sure. I am free anytime after 8:45.

On Mon, Jan 6, 2025 at 12:13PM Katie Burghardt Kramer <kkramer@dtolaw.com> wrote:

> Thanks Eliza.  I can come up to Vergennes on Friday morning – would that work for you?
>
> Best,
>
> Katie
>
> Katherine Burghardt Kramer| **DTO Law**
> Direct: (646) 688-4081
>
> kkramer@dtolaw.com
>
> ---
>
> **From:** Benton Real Estate Appraisers
> **Sent:** Monday, January 6, 2025 12:06 PM
> **To:** Katie Burghardt Kramer <kkramer@dtolaw.com>
> **Subject:** Re: Antidote question
>
> Hi Katie,
>
> Happy to talk. I have never heard of GiftRocket but if that doesn't matter then.. whatever you need from me. What is easiest for you? I can do a phone call or meet in person.
>
> Eliza
>
> On Sun, Jan 5, 2025 at 4:55PM Katie Burghardt Kramer <kkramer@dtolaw.com> wrote:
>
>> Hi Eliza,
>>
>> My name is Katie Kramer and I live near Middlebury.  I'm friends with Carolyn Thompson, and she helped me to find your current contact info.  Also, Will Benton did an appraisal of my house in Cornwall in 2022 when I got divorced.  Small world!
>>
>> I have a question about Antidote and I'm hoping we can schedule a time for a quick phone call or meet for coffee in Vergennes.
>>
>> I'm an attorney, and I represent a company called GiftRocket in a lawsuit currently pending in the Eastern District of New York (Case No. 1:22-cv-04019-RPK-VMS).  GiftRocket was an online platform for sending a money gift, and the sender could include a suggested use of that gift at a particular location.
>>
>> Our records indicate that several GiftRocket money transfer gifts were purchased over the years with a

CONFIDENTIAL           GR_0051482

suggested use of Antidote.

Would you be willing to set up a phone call or meeting to discuss potentially submitting a written statement about your experience with GiftRocket for use in our defense of the case? Even if you haven't heard of GiftRocket before, it would still be helpful if we can talk.

My cell phone number is ███████, and please feel free to text or call me any time.

Thanks!

Katie

Katherine Burghardt Kramer| **DTO Law**
307 Fifth Avenue | 12th Floor | New York, NY 10016

Direct: (646) 688-4081

kkramer@dtolaw.com |www.dtolaw.com

--

Certified Residential Real Estate Appraiser

Certified Green Home Appraiser

Benton Real Estate Appraisers

300 Main Street, P.O. Box 52

Vergennes, VT 05491-0052

(802) 877-2815

www.bentonappraisers.com

--

Certified Residential Real Estate Appraiser

Certified Green Home Appraiser

Benton Real Estate Appraisers

300 Main Street, P.O. Box 52

Vergennes, VT 05491-0052

(802) 877-2815

www.bentonappraisers.com

--

Certified Residential Real Estate Appraiser

Certified Green Home Appraiser

Benton Real Estate Appraisers

300 Main Street, P.O. Box 52

Vergennes, VT 05491-0052

(802) 877-2815

www.bentonappraisers.com

--

Certified Residential Real Estate Appraiser

Certified Green Home Appraiser

Benton Real Estate Appraisers

300 Main Street, P.O. Box 52

Vergennes, VT 05491-0052

(802) 877-2815

www.bentonappraisers.com

--

Certified Residential Real Estate Appraiser

Certified Green Home Appraiser

Benton Real Estate Appraisers

300 Main Street, P.O. Box 52

Vergennes, VT 05491-0052

(802) 877-2815

www.bentonappraisers.com

--
Certified Residential Real Estate Appraiser
Certified Green Home Appraiser
Benton Real Estate Appraisers
300 Main Street, P.O. Box 52
Vergennes, VT 05491-0052
(802) 877-2815
www.bentonappraisers.com

**CONFIDENTIAL**                                                                                                                                  GR_0051485