

Megan O'Neill
moneill@dtolaw.com

October 20, 2025

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Gracie Baked LLC, et al. v. GiftRocket, Inc. et al.*, No. 1:22-cv-04019-RPK-VMS

Dear Judge Kovner:

I write on behalf of Defendants GiftRocket Inc., Tremendous Inc., Nicolas Baum, Kapil Kale, Jonathan Pines, Benjamin Kubic, GiftRocket LLC, Tremendous LLC, and Tremendous Parent, Inc. (the "GiftRocket Defendants"), Defendant Sunrise Banks, N.A., and Plaintiffs with a proposed briefing schedule for motions for summary judgment by the GiftRocket Defendants and Sunrise Banks. *See* 10/16/25 Order (directing parties to propose a joint briefing schedule).

The parties jointly propose the following briefing schedule:

    Motions for Summary Judgment ............................................November 21, 2025
    Oppositions to Motions for Summary Judgment ...................January 20, 2026
    Replies in Support of Motions for Summary Judgment ........February 19, 2026

Pursuant to the Bundling Rule, the GiftRocket Defendants and Sunrise Banks will file the fully briefed motions on the docket on February 19, 2026.

Very truly yours,

Megan O'Neill

Attorneys for the GiftRocket Defendants

702 Marshall Street, Suite 640
Redwood City, CA 94063
main: (415) 630-4100 | dtolaw.com

915 Wilshire Boulevard, Suite 1950
Los Angeles, CA 90017
main: (213) 335-6999 | dtolaw.com

307 5th Avenue, 12th Floor
New York, NY 10016
main: (646) 995-5400 | dtolaw.com