

**GREENE ESPEL** PLLP

Gina M. Tonn
(612) 373-8378 Direct
gtonn@greeneespel.com

November 21, 2025

<u>**VIA EMAIL**</u>

Raphael Janove, Esq.
Liana Vitale, Esq.
Janove PLLC
raphael@janove.law
liana@janove.law

Matthew Weinshall, Esq.
Dayron Silverio, Esq.
Podhurst Orseck, P.A.
mweinshall@podhurst.com
dsilverio@podhurtst.com

      Re:    *Gracie Baked LLC, et al. v. GiftRocket, Inc. et al.* – Motion for Summary Judgment
             Court File No.: 1:22-cv-04019-GRB-VMS

Dear Counsel:

      Sunrise Banks is serving its Motion for Summary Judgment and supporting materials, according to the Federal Rules of Civil Procedure, Eastern District of New York Local Rules, and Judge Brown's Individual Practice Rules. The documents will be sent separately via secure file transfer.

      Sunrise Banks will meet and confer with Plaintiffs and the GiftRocket Defendants regarding information to be sealed on the docket before the bundled filing of this motion.

                              Sincerely,

                              Gina M. Tonn

GMT/daa
Enclosures
cc (via email): All Counsel of Record