
Megan O'Neill
moneill@dtolaw.com
(415) 630-4100

November 21, 2025

<u>**VIA ECF AND EMAIL**</u>

Raphael Janove
Liana Vitale
Janove PLLC
raphael@janove.law
liana@janove.law

**Re:** *Gracie Baked LLC, et al. v. GiftRocket, Inc., et al.*, No. 1:22-cv-04019-GRB-VMS

Dear Counsel:

Enclosed please find the GiftRocket Defendants' Notice of Motion and Motion for Summary Judgment, Memorandum of Law in support thereof, Rule 56.1 Statement, the Declaration of Katherine Burghardt Kramer and exhibits thereto; and the Declarations of Nicolas Baum, Kapil Kale, Jonathan Pines, and Benjamin Kubic. Pursuant to Local Rule 56.1(e), enclosed please also find a copy of the Rule 56.1 Statement in standard word processing format.

The GiftRocket Defendants will file a copy of this letter via ECF. Pursuant to Rule II.a. of the Individual Practice Rules of Judge Brown, once the GiftRocket Defendants' Motion is fully briefed, the GiftRocket Defendants will file all papers via ECF.

Sincerely,

Megan O'Neill

(Enclosures)

cc:     Faris Rashid, Esq.
        Gina Tonn, Esq.