

| | Raphael Janove<br>Shareholder | 500 7th Avenue<br>8th Floor<br>New York, NY 10018 | T 646-347-3940<br>raphael@janove.law<br>www.janove.law |

January 20, 2026

**VIA ECF AND EMAIL**

Megan O'Neill
Katherine Kramer
DTO Law
moneill@dtolaw.com
kkramer@dtolaw.com

Gina M. Tonn
Greene Espel PLLP
gtonn@greeneespel.com

      Re: *Gracie Baked LLC, et al. v. GiftRocket, Inc. et al.*, No. 1:22-CV-04019-GRB-VMS

Dear Counsel:

      Enclosed please find Plaintiffs Gracie Baked LLC, WeCare RG, Inc., and Millercobb LLC (collectively, Plaintiffs)'s (1) Memorandum of Law in Opposition to the GiftRocket Defendants' Motion for Summary Judgment, (2) Memorandum of Law in Opposition to Defendant Sunrise Bank's N.A.'s Motion for Summary Judgment, (3) Plaintiffs' Combined Counterstatements to the GiftRocket Defendants' and Defendant Sunrise Banks's Rule 56.1 Statements and Plaintiffs' Affirmative Rule 56 Statement In Support of Their Oppositions to Both of Defendants' Motions, ("Combined Statement"), and (4) the Janove Declaration in Support of their Oppositions to Defendants' Motions, along with exhibits thereto.

      The Combined Statement is ordered as follows: (1) Plaintiffs' Response to the GiftRocket Defendants' Rule 56 Statement; (2) Plaintiffs' Response to Defendant Sunrise Banks' Rule 56 Statement; and (3) Plaintiffs' Affirmative Rule 56 Statement of Material Facts.

      Unless otherwise noted, exhibit numbers in Plaintiffs' Responses and Counterstatement of Facts refer to the exhibits to the Janove Declaration in support of Plaintiffs' Oppositions to Defendants' Summary Judgment Motions. Plaintiffs refer to the GiftRocket Defendants' exhibits as "GR Defts' Ex.__" and Sunrise's exhibits as "SB Ex.__."

      Plaintiffs are also filing a copy of this letter via ECF.

Plaintiffs do not believe that anything in this filing meets the high standard to justify sealing. To the extent Defendants disagree, Plaintiffs are happy to meet and confer.

Respectfully submitted,

*/s/ Raphael Janove*

Raphael Janove

Enclosures
CC: All Counsel of Record via ECF