

Megan O'Neill
moneill@dtolaw.com

January 30, 2026

**VIA ECF**

The Honorable Gary R. Brown
United States District Court
100 Federal Plaza
Central Islip, NY 11722

      Re:  *Gracie Baked LLC, et al. v. GiftRocket, Inc. et al.*, No. 1:22-cv-04019-GRB-VMS

Dear Judge Brown:

I write on behalf of Defendants GiftRocket Inc., Tremendous Inc., Nicolas Baum, Kapil Kale, Jonathan Pines, Benjamin Kubic, GiftRocket LLC, Tremendous LLC, and Tremendous Parent, Inc. (the "GiftRocket Defendants"). The GiftRocket Defendants respectfully request an additional two pages for their Reply Memorandum in Support of Summary Judgment.

This Court previously enlarged the limits for the GiftRocket Defendants' Memorandum in Support of Summary Judgment *and* Plaintiffs' Opposition to 24 pages. *See* 11/18/25 Order. The GiftRocket Defendants seek the same percentage page enlargement for their Reply Memorandum. The two excess pages are necessary to address Plaintiffs' arguments. Among other things, Plaintiffs' Opposition refers to **194 additional facts** that Plaintiffs added to their Rule 56.1 Counterstatement, none of which Plaintiffs included in the counterstatement attached to their pre-motion letter.

Plaintiffs have refused to consent to two additional pages. They have provided their position below.

Plaintiffs' Position

The Court should deny the GiftRocket Defendants' request to submit additional pages in their reply brief. The facts that support Plaintiffs' opposition are overwhelmingly drawn from Defendants' own documents and deposition testimony. These facts should have been considered by Defendants *before* making their summary judgment motion, and are not a reason why Defendants need more pages to present misguided arguments concerning facts they chose to ignore in their opening memorandum.

702 Marshall Street, Suite 640
Redwood City, CA 94063
main: (415) 630-4100 | dtolaw.com

915 Wilshire Boulevard, Suite 1950
Los Angeles, CA 90017
main: (213) 335-6999 | dtolaw.com

307 5th Avenue, 12th Floor
New York, NY 10016
main: (646) 995-5400 | dtolaw.com

A reply brief is short by design to prevent the moving party from introducing new points where the responding party cannot address them. Virtually every summary judgment motion involves the other party identifying facts in their opposition, yet parties regularly submit 10-page replies to 25-page motions without requesting additional space. This is not a situation where Plaintiffs submitted lengthy declarations with facts previously unknown to Defendants. Plaintiffs simply compiled the extensive factual record documenting Defendants' knowing misconduct, the vast majority of which are documents produced by Defendants themselves. Many of these documents were also quoted in prior submissions because Defendants have already argued (and lost) many of these same points before.

Plaintiffs already agreed to additional pages for the GiftRocket Defendants' opening brief, which should have contained all of their arguments. Defendants collectively are already submitting 64 pages (24 + 20 + 10 + 10) to address points that Plaintiffs covered in 44 (24 + 20). If the Court determines upon reviewing the summary judgment briefing that further argument would be useful, the Court can direct supplemental briefing in a way that is fair to all parties rather than granting extra pages only to the GiftRocket Defendants in reply.

Very truly yours,

Megan O'Neill
Attorneys for the GiftRocket Defendants

1018816.3