Janove Decl.
EX. 42

YC000001

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE
FILED UNDER SEAL



**Tremendous**
(formerly: GiftRocket)
How businesses send money to people at scale. Fast, free, global.
(Remote)
https://www.tremendous.com

**W2011**  **LIVE**  **TRACKED BY COCO**  **FUNDING COMPLETE**  **FINANCIAL TECHNOLOGY AND SERVICES**  **PAYMENTS**

View Actions...

  All Founders founders@tremendous.com

Kapil Kale (kapilkale) kapil.kale.07@gmail.com Active 10 hours ago



Nicolas Baum (nbaum5) nick@tremendous.com Active 3 days ago



  Former Founders:

Jonathan Pines (jpines) jonathan@winfunding.com Active 6 days ago



**Last score**  ▌ from Dalton on May 2022

**Met with**  Paul Graham (8), Emmett Shear (4), Harj Taggar (3), Jared Friedman (2), Paul Buchheit (2), Carolynn Levy (1)

**Tags** Fintech, Payments

➕  New Note

YC000001

 Filters

○ This company is getting sued. YC got a subpoena. As per note below, why isn't this company marked inactive?

Jun 6     Carolynn Levy     + comment     + add file

○ **Score:** ▮ we should mark this as inactive because they wiped YC off the cap table when they bought out our note like 8 years ago

5/24/22     Dalton Caldwell     + comment     + add file  ▲ hide comments

> @jlevy
> By Dalton Caldwell     5/24/22

○ **Score:** ▮ Spoke to Nick. Seems very impressive and what he has built is even more impressive. ▮▮▮ net revenue run rate, ▮▮▮ operating profit run rate. Expense is ▮▮▮▮▮▮▮▮▮▮. ▮▮▮ on the balance sheet. Plans to raise soon (primary +secondary).

Arbitrage on gift cards (Issuing platform for various gift cards and managing tracking). Targeting two verticals -- market research and marketing incentives. Team is >15 people and 2 sales people.

8/12/21     Anu Hariharan     + comment     + add file

○ Krishna and I met Nicolas per Jared's intro. This was really impressive!

As Jared noted, ▮▮▮ run-rate ▮▮▮ and ▮▮▮ profit run-rate, on ▮▮▮ of run-rate volume. They help businesses pay people with gift cards (branded, like Amazon, or generic, like Visa). Spotify uses them for market research rewards. Pinterest uses them for employee recognition and engagement (small bonuses that are more personalized and easier than adding to payroll). Casper uses them for their customer referral program rewards. They have 2 reps selling intro enterprises, often landing deals in the ▮▮▮ starting with the user research team, but the deals expand over time. They want to scale reps to at least 7 by year-end.

They don't charge for the platform but make money on: (1) relationships with vendors (e.g., Amazon gives them ▮▮▮ off the gift card value), (2) rewards that



go unused. Their margin by client varies a lot depending on the use case and cards -- sometimes [redacted], sometimes [redacted], average of [redacted] blended.

He wants to expand from rewards and incentives into B2C payments more broadly. The examples he gave were insurance companies and class-action lawsuits. For payouts <$100, using Tremendous would be faster and cheaper than sending a check or collecting ACH info.

They'll definitely look to raise secondary but may raise primary too. He's running the numbers to confirm. @snowmaker

Next Steps: (1) Help with intro's to companies and/or sales leaders in fintech who have scaled from a couple of reps to a large team

(2) Help with their round and figure out our involvement

7/30/21     Matt Bogrand     + comment     + add file

**Score:** [redacted]   Tremendous is now at [redacted] / year in revenue, up [redacted] of that is profit.

Nicolas is thinking about doing a pure secondary fundraising round, and building out his executive team. Going to ping the YCC team about this.

7/27/21     Jared Friedman     Office hour time: 20 mins     + comment     + add file

Office Hours with Jared Friedman at 9:20am scheduled by Nicolas Baum

Want to discuss the process of hiring a Head of Sales.

7/27/21     + add file

**Score:** [redacted]   Interesting situation. He put GiftRocket on hold, and launched a new product, Tremendous. Tremendous lets companies send a gift card by calling an API. It's used mostly by market research teams who want to send people an Amazon gift card after they take a survey. GiftRocket makes $1M / year, Tremendous now makes like [redacted] / year.

He's still been bootstrapping, and, presumably, pocketing the profits himself. Was a little unclear where he wanted to go. At first he didn't think it could be a big business, but it wasn't hard for us to find a path to get there. He said he was bored of the problem space and wanted to sell.



It seems to me like there is real potential here, but I worry he's gotten addicted to the lifestyle business and won't want to risk it.

6/26/20    Jared Friedman    Office hour time: 40 mins    + comment    + add file

○ Office Hours with Jared Friedman at 3:40pm scheduled by Nicolas Baum

Developing company vision and opportunities for new growth

6/26/20    + add file

○ **Score:** ▮ Paid the investors back and now has a cash machine business generating $800k per year in profits. Nicolas was looking for advice on going after enterprise customers.

2/8/17    Marcus Segal    + comment    + add file

○ company update

| | | | |
|---|---|---|---|
| Revenue (Last Month) | $150,000 | Spend | $60,000 |
| Cash | $1,000,000 | Morale | 7 |
| Runway | Infinite | Team size | 3 |

2/8/17    Marcus Segal    + add file

○ Office Hours with Marcus Segal at 10:30am scheduled by Nicolas Baum
2/8/17    + add file

○ Not sure why jpines is listed as former cf, as he seems to be as involved as the other two according to him, which is to say not very much. Gift rocket makes some money and they are using it to repay investors. They have an employee that runs the site.

Met with jpines to talk about investing, as he now works for Webb Investment Network (WIN). Explained how to invest in yc companies and that yes there are plenty of good deals still available on demo day. They haven't invested in any in years because of the perception that it's just a lot of overpriced companies with no real substance, or that the good ones are already taken.

7/8/15    Paul Buchheit    + comment    + add file

○ Office Hours with Paul Buchheit at 2:30pm scheduled by Jonathan Pines
7/8/15    + add file



○ Office Hours with Garry Tan at 2:30pm scheduled by Nicolas Baum

12/5/13     + add file

○ Office Hours with Jonathan Levy at 4:00pm scheduled by Nicolas Baum

6/20/13     + add file

○ Score: ▌ Actually the company appears to be a sort of zombie, which they're running to generate revenue to repay investors. Very odd.

6/12/13     Paul Graham     + comment     + add file

○ Score: ▌ It's almost as if they want Giftrocket to fail. It's growing slowly but steadily, despite their grim prognosis 6 mos ago. But 2/3 of them are off working on a new startup, while an employee manages Giftrocket. Weird; like Hyperink.

6/11/13     Paul Graham     + comment     + add file

○ Score: ▌ Giftrocket is topping out at $560k/yr in revenue, because that is the limit of traffic driven by Google searches, and there are few repeat users or referrals.

Wonder if there is a way to crack this, or if the market is simply small.

Meanwhile their plan is to use the money to fund a new idea.

12/21/12     Paul Graham     + comment     + add file

○ Score: ▌ Giftrocket is moribund, paying for 1 employee to run it, and probably producing enough money to cover the founder's salaries next year when maintenance fees kick in.

They are looking to start again. The new idea is to try to make small business loans to all the companies too small to get loans from banks. Very small loans are hard to get, because the cost of evaluating the opportunity exceeds the value of the loan. If they can make the cost cheaper, they win.

Problem: no way to get data without making a bunch of loans, which is way too expensive for them. I suggested they work with the people who currently extend credit to small businesses: vendors who sell goods on credit.



○ I like this idea because it's potentially huge, and would change the world for the better if it worked.

   10/30/12        Emmett Shear         + comment        + add file

○ Office Hours with Emmett Shear at 7:10pm scheduled by Kapil Kale

   10/30/12        + add file

○ **Score:** ▮   They make about $300k profit a year but say they can't think of any way to grow it further so they want to do an acquisition but not work at the acquirer. These guys are limp, they're going to spend their time thinking up some weird dividend structure to repay their investors.

   7/2/12         Harj Taggar         + comment        + add file

○ Office Hours with Harj Taggar at 2:30pm scheduled by Nicolas Baum

   7/2/12         + add file

○ Office Hours with Geoff Ralston at 1:20pm scheduled by Nicolas Baum

   5/30/12        + add file

○ no-show

   5/22/12        Aaron Iba         + comment        + add file

○ SEO has topped out, they are doing a couple million in gift cards per year now and taking 10%. Trying to figure out how to grow from here.

   They make about $10 LTV from each customer. Not enough to buy advertising really. Encouraged them to focus on improving re-buy rate (currently like 5%) and recipient conversion rate (currently like 3%)

   5/13/12        Emmett Shear         + comment        + add file

○ Office Hours with Emmett Shear at 1:25pm scheduled by Nicolas Baum

   5/13/12        + add file

○ Office Hours with Harj Taggar at 3:45pm scheduled by Nicolas Baum

   4/24/12        + add file

○ They say SEO will top out after another 3x or so growth. How to get more distribution? They need to find a dense subset of users who will talk to one

YC000006



another. Find groups who give cash gifts.

Have changed the product to be less restrictive. Now it's just sending money.

Their costs are high. 3% to process, plus some to deliver, whether by mailing a check, or paypal (2%).

12/27/11     Paul Graham     + comment     + add file

- Office Hours with Paul Graham at 1:30pm scheduled by Kapil Kale
  12/27/11     + add file

- The SEO strategy is working, which is good.

  Encouraged them to avoid a sales-driven business and try to scale up what's working. Also told them they should try to bracket the problem on gift cards: maybe simply being a branded wrapper around sending money is enough.

  9/21/11     Emmett Shear     + comment     + add file

- Office Hours with Emmett Shear at 6:20pm scheduled by Kapil Kale
  9/21/11     + add file

- Office Hours with Paul Buchheit at 3:40pm scheduled by Nicolas Baum
  9/21/11     + add file

- They're not in a good place. Poundpay, who they're currently using for payment transmission, is integrating with Wells Fargo who have told PP they have to stop working with Giftrocket because it's too risky. They have to find another payment provider, WePay could do it but they said it's too risky and could jeopardize their relationships with the banks. These guys generally seem as clueless as ever, told them to just use Paypal for now even if its not ideal because it at least lets them find out if anyone wants what they're building.

  7/29/11     Harj Taggar     + comment     + add file

- Office Hours with Harj Taggar at 1:00pm scheduled by Nicolas Baum
  7/29/11     + add file

- Talked about user acquisition. Suggested that they go after existing communities of foodies rather than try to build their own. Told them to double down on what's working (SEO) and gave them some names for people to talk to.



Also suggested that they try adwords and see what kind of $/user they get.

They need to drop the smartphone requirement and also the location requirement. I can't buy my mom a massage because she has a feature phone (really wanted to use them for this for her birthday). Suggested that they simply make the redeem button say "This will send a message to your friend letting them know how much you enjoyed " as a social barrier to just redeeming without the needless complexity.

6/15/11   Emmett Shear   + comment   + add file

- Office Hours with Emmett Shear at 10:30pm scheduled by Kapil Kale
  6/15/11   + add file

- Office Hours with Jessica Livingston at 3:50pm scheduled by Nicolas Baum
  3/25/11   + add file

- Office Hours with Sam Altman at 6:30pm scheduled by Nicolas Baum
  3/24/11   + add file

- Office Hours with Paul Graham at 11:15am scheduled by Nicolas Baum
  3/21/11   + add file

- Office Hours with Paul Graham at 3:15pm scheduled by Nicolas Baum
  3/20/11   + add file

- Office Hours with Paul Graham at 5:30pm scheduled by Nicolas Baum
  3/18/11   + add file

- Man I really don't enjoy talking to these guys. The guy with blue eyes is especially argumentative and resistant to advice. They seem hapless and don't get anything done. He kept asking why they couldn't go and speak to other investors who had expressed any interest besides their assigned preview day investors, despite them not having launched. They were resistant to launching, said they're not happy with their homepage after weeks of trying to get it "just right". They didn't ask any of their preview day investors if they'd invest and then asked me what they should be doing with them. Said they only want to talk to the "right" investors. I wanted to just tell them beggars can't be choosers but phrased it in a more tactful way.



- 3/17/11   Harj Taggar   + comment   + add file

- Office Hours with Harj Taggar at 3:40pm scheduled by Nicolas Baum
  3/17/11   + add file

- Tried flow. Works well enough though PoundPay page way slow. Need more explicit explanation on frontpage; with something as counterintuitive as this, can't trade zippy marketing for clarity. Wrote same. Whiteboard next hours.
  3/10/11   Paul Graham   + comment   + add file

- Office Hours with Paul Graham at 3:20pm scheduled by Nicolas Baum
  3/10/11   + add file

- Office Hours with Harj Taggar at 6:00pm scheduled by Kapil Kale
  3/3/11   + add file

- Office Hours with Jessica Livingston at 3:10pm scheduled by Nicolas Baum
  2/9/11   + add file

- Office Hours with Garry Tan at 4:30pm scheduled by Kapil Kale
  2/8/11   + add file

- Still trying to decide whether to enforce GPS. My instinct is yes, that you have to make people work for the money or it will seem like the product has no features, but can't prove it or force them to. Maybe enough to have features that make people feel like they're cheating if they're not in the location when they redeem.

  Suggested how to describe it (a giftrocket is like a gift card without the card) + a cartoon strip.
  1/28/11   Paul Graham   + comment   + add file

- Office Hours with Paul Graham at 4:00pm scheduled by Nicolas Baum
  1/28/11   + add file

- New interesting twist that came up in our session today: send gift via SMS, points to a redemption URL that looks like a gift card and uses HTML5 geolocate API.
  1/19/11   Garry Tan   + comment   + add file

YC000009



○ Office Hours with Garry Tan at 2:30pm scheduled by Jonathan Pines
1/19/11      + add file

○ Proposed new idea: infinite graphic walls for each FB user.
1/15/11      Paul Graham      + comment      + add file

○ Office Hours with Paul Graham at 7:10pm scheduled by Kapil Kale
1/15/11      + add file

○ Told them to work on making a really compelling home page since that's key to making it all work (get the message right). Also, get rid of the iphone app requirement and say that people can "checkin with any mobile phone" (either on their web site, or with an 800 number). One founder didn't like the idea of not enforcing with gps, but I told them that social enforcement is better and that it will become a feature if part of the story is about how you get a message when the checkin occurs (e.g. "Paul just used your gift card at NikeTown and says 'bought new shoes. Thanks!'"). Other founder seemed enthusiastic though. This also means that locations can be very general, like giving someone a gift card for their trip to Hawaii or Europe.
1/10/11      Paul Buchheit      + comment      + add file

○ Office Hours with Paul Buchheit at 3:35pm scheduled by Nicolas Baum
1/10/11      + add file

○ Two problems they need to solve to launch: how to make the location thing work to what users want (my guess is v1 is that the giver just picks a spot on a map), and how to move money without having to be an MTA. Talking to other YC founders to answer the first; twill be enough if they're used by early adopters initially. Introing to Paypal to solve the second.
1/4/11      Paul Graham      + comment      + add file

○ Office Hours with Paul Graham at 5:05pm scheduled by Kapil Kale
1/4/11      + add file

○ Office Hours with Kirsty Nathoo at 11:40am scheduled by Kapil Kale
12/15/10      + add file

○ Office Hours with Paul Graham at 3:45pm scheduled by Kapil Kale

YC000010



12/6/10    + add file

[Enable Feed Photos]