

Megan O'Neill
moneill@dtolaw.com

February 23, 2026

**VIA ECF**

The Honorable Gary R. Brown
United States District Court
100 Federal Plaza
Central Islip, NY 11722

**Re:** *Gracie Baked LLC, et al. v GiftRocket, Inc. et al.*, No. 1:22-cv-04019-GRB-VMS

Dear Judge Brown:

For Your Honor's convenience, below is an index of documents filed (by ECF No.) regarding the GiftRocket Defendants' Motion for Summary Judgment. Several documents have been lodged in native form on a thumb drive accompanying courtesy copies of the documents.

**GiftRocket Defendants' Motion for Summary Judgment** ......................................................**298**
    Memorandum ISO GiftRocket Defendants' MSJ................................................................ 298-1
    GiftRocket Defendants' Rule 56.1 Statement.................................................................... 298-2
    Decl. of Nicolas Baum ISO GiftRocket Defendants' MSJ ................................................ 298-3
    Decl. of Kapil Kale ISO GiftRocket Defendants' MSJ ..................................................... 298-4
    Decl. of Jonathan Pines ISO GiftRocket Defendants' MSJ .............................................. 298-5
    Decl. of Ben Kubic ISO GiftRocket Defendants' MSJ ..................................................... 298-6
    Decl. of Katherine Kramer ISO GiftRocket Defendants' MSJ .......................................... 298-7
    Exhibit A - Gracie Baked Dep. Tr. .................................................................................. 298-8
    Exhibit B - WeCare Dep. Tr. .......................................................................................... 298-9
    Exhibit C - Millercobb Dep. Tr....................................................................................... 298-10
    Exhibit D - Nukhbalaieva Dep. Tr. ................................................................................. 298-11
    Exhibit E - GiftRocket Dep. Tr. ...................................................................................... 298-12
    Exhibit F - Kubic Dep. Tr. .............................................................................................. 298-13
    Exhibit G - Yelp Pages .................................................................................................. 298-14
    Exhibit H - Send a Gift Page .......................................................................................... 298-15
    Exhibit I - Business Landing Pages ................................................................................ 298-16
    Exhibit J - Clickwrap Disclosure .................................................................................... 298-17
    Exhibit K - WeCare APA ............................................................................................... 298-18
    Exhibit L - Millercobb Purchases ................................................................................... 298-19
    Exhibit M - Sales Data................................................Lodged in Native (Slipsheet at 298-18)
    Exhibit N - GiftRocket Wind Down ................................................................................ 298-21
    Exhibit O - Discovery Responses ................................................................................... 298-22

702 Marshall Street, Suite 640
Redwood City, CA 94063
main: (415) 630-4100 | dtolaw.com

915 Wilshire Boulevard, Suite 1950
Los Angeles, CA 90017
main: (213) 335-6999 | dtolaw.com

307 5th Avenue, 12th Floor
New York, NY 10016
main: (646) 995-5400 | dtolaw.com

Exhibit P - 241112 Hearing Tr.................................................................................298-23
Exhibit Q - Removed Businesses.....................................Lodged in Native (Slipsheet at 298-24)
Exhibit R - Search Queries ..............................................Lodged in Native (Slipsheet at 298-25)
Exhibit S - URL Spreadsheets .........................................Lodged in Native (Slipsheet at 298-26)

**Plaintiffs' Opposition to GiftRocket Defendants' MSJ ........................................................300**
Plaintiffs' Consolidated Rule 56.1 Counterstatement...........................................................300-1
Declaration of Raphael Janove ISO Opposition to GiftRocket Defendants' MSJ ..............300-2
Exhibit 1 - GR_0038230 ..................................................Lodged in Native (Slipsheet at 300-3)
Exhibit 2 - Bensimon Depo Tr..............................................................................................300-4
Exhibit 3 - GR_0038243 ..................................................Lodged in Native (Slipsheet at 300-5)
Exhibit 4 - GR_0038273 ..................................................Lodged in Native (Slipsheet at 300-6)
Exhibit 5 - PLTFS000579 ......................................................................................................300-7
Exhibit 6 - GR_0012075 ........................................................................................................300-8
Exhibit 7 - GR_0033411 ........................................................................................................300-9
Exhibit 8 - TrustPilot Consumer Complaints ...................................................................300-10
Exhibit 9 - GR_0038368 ......................................................................................................300-11
Exhibit 10 - GR_0000972 ....................................................................................................300-12
Exhibit 11 - GR_0049055 ....................................................................................................300-13
Exhibit 12 - GR_0049060 ....................................................................................................300-14
Exhibit 13 - Benton Depo Tr. ..............................................................................................300-15
Exhibit 14 - SB018757..........................................................................................................300-16
Exhibit 15 - SB023524 ..............................................................308-1 (Redacted at 300-17)
Exhibit 16 - SB042874..........................................................................................................300-18
Exhibit 17 - SB018785..........................................................................................................300-19
Exhibit 18 - SB029989..........................................................................................................300-20
Exhibit 19 - Baum Tr. ...........................................................................................................300-21
Exhibit 20 - GiftRocket Depo Tr. ........................................................................................300-22
Exhibit 21 - Kalikhman Depo Tr. ........................................................................................300-23
Exhibit 22 - Millercobb Depo Tr. ........................................................................................300-24
Exhibit 23 - GR_0048945 ....................................................................................................300-25
Exhibit 24 - SB018298..........................................................................................................300-26
Exhibit 25 - SB000620..........................................................................................................300-27
Exhibit 26 - SB033555..........................................................................................................300-28
Exhibit 27 - GR_0049271 ....................................................................................................300-29
Exhibit 28 - SB015188..........................................................................................................300-30
Exhibit 29 - SB021862..........................................................................................................300-31
Exhibit 30 - SB015302..........................................................................................................300-32
Exhibit 31 - SB040172..........................................................................................................300-33
Exhibit 32 - SB013243..........................................................................................................300-34
Exhibit 33 - Seydel Depo Tr. ...............................................................................................300-35
Exhibit 34 - Sunrise Depo Tr. ..................................................308-2 (Redacted at 300-36)
Exhibit 35 - GR_0014843 ....................................................................................................300-37
Exhibit 36 - GR_0000345 ..............................................Lodged in Native (Slipsheet at 300-38)

Exhibit 37 - GR_0022773 ................................................................... 300-39
Exhibit 38 - GR_0005619 ................................................................... 300-40
Exhibit 39 - GR_0049025 ................................................................... 300-41
Exhibit 40 - GR_0002190 ................................................................... 300-42
Exhibit 41 - GR_0038104 ................................................................... 300-43
Exhibit 42 - YC000001 .................................................. 307-1 (Redacted at 300-44)
Exhibit 43 - GR_0049026 ................................................................... 300-45
Exhibit 44 - GR_0038003 ................................................................... 300-46
Exhibit 45 - GR_0048754 ................................................................... 300-47
Exhibit 46 - GR_0000512 .................................................. 307-2 (Redacted at 300-48)
Exhibit 47 - GR_0049340 ................................................................... 300-49
Exhibit 48 - GR_0048531 ................................................................... 300-50
Exhibit 49 - GR_0048334 ................................................................... 300-51
Exhibit 50 - GR_0038075 ................................................................... 300-52
Exhibit 51 - GR_0040652 ................................................................... 300-53
Exhibit 52 - GR_0000967 ................................................................... 300-54
Exhibit 53 - Kubic Depo Tr. ................................................................. 300-55
Exhibit 54 - GR_0048337 ................................................................... 300-56
Exhibit 55 - GR_0048479 .........................................................................301
Exhibit 56 - GR_0050575 ........................................... 307-3 (Slipsheet at 301-1)
Exhibit 57 - GR_0050576 ........................................... 307-4 (Slipsheet at 301-2)
Exhibit 58 - GR_0050579 ........................................... 307-5 (Slipsheet at 301-3)
Exhibit 59 - PLTFS000134 ................................................................... 301-4
Exhibit 60 - PLTFS000522 ................................................................... 301-5
Exhibit 61 - GR_0019846 ................................................................... 301-6
Exhibit 62 - PLTFS000139 ................................................................... 301-7
Exhibit 63 - GR_0007642 ................................................................... 301-8
Exhibit 64 - GR_0000349 ................................................................... 301-9
Exhibit 65 - Pines Tr. ..................................................................... 301-10
Exhibit 66 - GR_0013712 ................................................................... 301-11
Exhibit 67 - GR_0013713 ................................................................... 301-12
Exhibit 68 - GR_0048248 ................................................................... 301-13
Exhibit 69 - Plaintiffs' Notice of Yelp Subpoena ................................... 301-14
Exhibit 70 - GR_0048774 ................................................................... 301-15
Exhibit 71 - GR_0049778 ................................................................... 301-16
Exhibit 72 - GR_0005717 ................................................................... 301-17
Exhibit 73 - SB020073 ........................................... 308-3 (Slipsheet at 301-18)
Exhibit 74 - GR_0038367 ......................... Lodged in Native (Slipsheet at 301-19)
Exhibit 75 - Complaint Logs .............................................................. 301-20
Exhibit 76 - GR_0048984 ................................................................... 301-21
Exhibit 77 - GR_0048987 ................................................................... 301-22
Exhibit 78 - Direct Consumer Complaints ............................................. 301-23
Exhibit 79 - Direct Business Complaints ............................................... 301-24
Exhibit 80 - TrustPilot Business Complaints .......................................... 301-25

Exhibit 81 - BBB Consumer Complaints ................................................................ 301-26
Exhibit 82 - BBB Business Complaints ................................................................. 301-27
Exhibit 83 - Cease and Desist Letters .................................................................. 301-28
Exhibit 84 - Sunrise Business Complaints ............................................................ 301-29
Exhibit 85 - Sunrise Consumer Complaints .......................................................... 301-30
Exhibit 86 - Consumer Complaints from Internal Survey ...................................... 301-31
Exhibit 87 - PissedConsumer Complaints ............................................................ 301-32
Exhibit 88 - Sitejabber Business Complaints ........................................................ 301-33
Exhibit 89 - Sitejabber Consumer Complaints ...................................................... 301-34
Exhibit 90 - GR_0020308 .................................................................................... 301-35
Exhibit 91 - GR_0048793 .................................................................................... 301-36
Exhibit 92 - PLTFS000054 ................................................................................... 301-37
Exhibit 93 - GR_0009251 .................................................................................... 301-38
Exhibit 94 - GR_0001981 .................................................................................... 301-39
Exhibit 95 - GR_0038212 .................................................................................... 301-40
Exhibit 96 - GR_0049698 .................................................................................... 301-41
Exhibit 97 - GR_0000468 .................................................................................... 301-42
Exhibit 98 - GR_0048310 .................................................................................... 301-43
Exhibit 99 - GR_0035464 .................................................................................... 301-44
Exhibit 100 - SB024135 ....................................................................................... 301-45
Exhibit 101 - GR_0048890 .................................................................................. 301-46
Exhibit 102 - GR_0016932 .................................................................................. 301-47
Exhibit 103 - GR_0049660 .................................................................................. 301-48
Exhibit 104 - GR_0049411 .................................................................................. 301-49
Exhibit 105 - GR_0014253 .................................................................................. 301-50
Exhibit 106 - GR_0014246 .................................................................................. 301-51
Exhibit 107 - GR_0050255 .................................................................................. 301-52
Exhibit 108 - GR_0049644 .................................................................................. 301-53
Exhibit 109 - GR_0049655 .................................................................................. 301-54
Exhibit 110 - GR_0048652 .................................................................................. 301-55
Exhibit 111 - SB027254 ........................................................................................... 302
Exhibit 112 - GR_0049451 .................................................................................... 302-1
Exhibit 113 - GR_0049144 .................................................................................... 302-2
Exhibit 114 - GR_0048982 .................................................................................... 302-3
Exhibit 115 - Douglas Tr. ....................................................................................... 302-4
Exhibit 116 - GR_0048797 .................................................................................... 302-5
Exhibit 117 - GR_0048800 .................................................................................... 302-6
Exhibit 118 - GR_0013718 .................................................................................... 302-7
Exhibit 119 - GR_0048771 .................................................................................... 302-8
Exhibit 120 - GR_0000523 .................................................................................... 302-9
Exhibit 121 - GR_0007907 .................................................................................. 302-10
Exhibit 122 - SB007742 ....................................................................................... 302-11
Exhibit 123 - GR_0003653 .................................................................................. 302-12
Exhibit 124 - SB005343 ....................................................................................... 302-13

Exhibit 125 - SB023242....................................................................302-14
Exhibit 126 - SB003920....................................................................302-15
Exhibit 127 - SB003724....................................................................302-16
Exhibit 128 - SB000094....................................................................302-17
Exhibit 129 - SB000096....................................................................302-18
Exhibit 130 - SB000092....................................................................302-19
Exhibit 131 - SB001459....................................................................302-20
Exhibit 132 - SB010755....................................................................302-21
Exhibit 133 - GR_0007883..............................................................302-22
Exhibit 134 - SB000079....................................................................302-23
Exhibit 135 - SB000085....................................................................302-24
Exhibit 136 - SB000074....................................................................302-25
Exhibit 137 - GR_0039884...............................Lodged in Native (302-26)
Exhibit 138 - GR_0018797..............................................................302-27
Exhibit 139 - GR_0009973..............................................................302-28
Exhibit 140 - GR_0037599...............................308-4 (Slipsheet at 302-29)
Exhibit 141 - SB013292.............................. 308-5 (Redacted at 302-30)
Exhibit 142 - GR_0015107..............................................................302-31
Exhibit 143 - GR_0019228..............................................................302-32
Exhibit 144 - GR_0000031..............................................................302-33
Exhibit 145 - GR_0018924..............................................................302-34
Exhibit 146 - GR_0006425..............................................................302-35
Exhibit 147 - SB000592....................................................................302-36
Exhibit 148 - GR_0036222..............................................................302-37
Exhibit 149 - GR_0038394..............................................................302-38
Exhibit 150 - SB012553....................................................................302-39
Exhibit 151 - SB018283....................................................................302-40
Exhibit 152 - SB024462....................................................................302-41
Exhibit 153 - SB026903....................................................................302-42
Exhibit 154 - SB029782....................................................................302-43
Exhibit 155 - SB010632....................................................................302-44
Exhibit 156 - GR_0021289..............................................................302-45
Exhibit 157 - SB003073....................................................................302-46
Exhibit 158 - SB033482....................................................................302-47
Exhibit 159 - SB009191....................................................................302-48
Exhibit 160 - SB001532....................................................................302-49
Exhibit 161 - SB012404....................................................................302-50
Exhibit 162 - SB012121....................................................................302-51
Exhibit 163 - SB025892....................................................................302-52
Exhibit 164 - Ackerman Depo Tr. ...................................................302-53
Exhibit 165 - SB021893...................Lodged in Native (Slipsheet at 302-54)
Exhibit 166 - SB006649..........................................................................303
Exhibit 167 - SB035058....................................................................303-1
Exhibit 168 - SB040323....................................................................303-2

Exhibit 169 - SB012500.................................................................................303-3
Exhibit 170 - SB033468.................................................................................303-4
Exhibit 171 - SB010668.................................................................................303-5
Exhibit 172 - SB028449.................................................................................303-6
Exhibit 173 - GR_0011877............................................................................303-7
Exhibit 174 - SB002952.................................................................................303-8
Exhibit 175 - SB031470.................................................................................303-9
Exhibit 176 - GR_0040313..........................................................................303-10
Exhibit 177 - SB033618...............................................................................303-11
Exhibit 178 - GR_0010853..........................................................................303-12
Exhibit 179 - GR_0010855..........................................................................303-13
Exhibit 180 - SB042381...............................................................................303-14
Exhibit 181 - SB018446...............................................................................303-15
Exhibit 182 - SB019506...............................................................................303-16
Exhibit 183 - GR_0008337..........................................................................303-17
Exhibit 184 - GR_0008343..........................................................................303-18
Exhibit 185 - GR_0008317..........................................................................303-19
Exhibit 186 - SB003086...............................................................................303-20
Exhibit 187 - GR_0008237..........................................................................303-21
Exhibit 188 - GR_0008238..........................................................................303-22
Exhibit 189 - SB000339...............................................................................303-23
Exhibit 190 - GR_0005000..........................................................................303-24
Exhibit 191 - SB032998...............................................................................303-25
Exhibit 192 - SB000688...............................................................................303-26
Exhibit 193 - GR_0020120..........................................................................303-27
Exhibit 194 - GR_0020116..........................................................................303-28
Exhibit 195 - GR_0008408..........................................................................303-29
Exhibit 196 - GR_0008387..........................................................................303-30
Exhibit 197 - GR_0008619..........................................................................303-31
Exhibit 198 - GR_0038043..........................................................................303-32
Exhibit 199 - GR_0020064..........................................................................303-33
Exhibit 200 - GR_0011875..........................................................................303-34
Exhibit 201 - SB033130...............................................................................303-35
Exhibit 202 - SB011944...............................................................................303-36
Exhibit 203 - SB027236...............................................................................303-37
Exhibit 204 - SB021865...............................................................................303-38
Exhibit 205 - SB009886...............................................................................303-39
Exhibit 206 - Nukhbalaieva Decl.................................................................303-40
Exhibit 207 - Nukhbalaieva Depo Tr...........................................................303-41
Exhibit 208 - GR_0014047..........................................................................303-42
Exhibit 209 - GR_0048815..........................................................................303-43
Exhibit 210 - GR_0048767..........................................................................303-44
Exhibit 211 - GR_0048804..........................................................................303-45
Exhibit 212 - GR_0049696..........................................................................303-46

Exhibit 213 - PLTFS000141 ................................................................. 303-47
Exhibit 214 - GR_0050571 ............................... Lodged in Native (Slipsheet at 303-48)
Exhibit 215 - GR_0050572 ............................... Lodged in Native (Slipsheet at 303-49)
Exhibit 216 - GR_0050573 ............................... Lodged in Native (Slipsheet at 303-50)
Exhibit 217 - GR_0050574 ............................... Lodged in Native (Slipsheet at 303-51)
Exhibit 218 - Kovner Hearing Tr. ......................................................... 303-52
Exhibit 219 - Scanlon Hearing Tr. ........................................................ 303-53

**GiftRocket Defendants' Reply ISO MSJ** .......................................................... **305**
GiftRocket Defendants' Rule 56.1 Replies, Responses, and Evidentiary Objections .......... 305-1
Supplemental Kramer Decl. ISO GiftRocket Defendants' MSJ ......................................... 305-2
Exhibit T - Buchnik Dep. Tr. ............................................................. 305-3
Exhibit U - Douglas Dep. Tr. ............................................................ 305-4
Exhibit V - Chang Dep. Tr. .............................................................. 305-5
Exhibit W - Kale Dep. Tr. ............................................................... 305-6
Exhibit X - Pines Dep. Tr. .............................................................. 305-7
Exhibit Y - GiftRocket LLC Dep. Tr. ..................................................... 305-8
Exhibit Z - Ackerman Dep. Tr. ........................................................... 305-9
GiftRocket Defendants' Request for Judicial Notice ISO MSJ ........................................ 305-10
Exhibit AA - "Gracie's" Yelp Businesses .................................................. 305-11
Exhibit BB - "Cafe Ole" Yelp Businesses .................................................. 305-12

Very truly yours,

Megan O'Neill

Attorneys for the GiftRocket Defendants