# About GiftRocket




## What is GiftRocket?

GiftRocket is a site where users can send gift cards with suggestions for where to spend them. The original idea behind GiftRocket was to create a gift that had the thoughtfulness of a gift card, with the flexibility of money.

It differs from Tremendous in that it is a consumer site. The buyers of GiftRocket gift cards are normal users. Anyone in the US can buy a GiftRocket.



CONFIDENTIAL GR_0000512

# FAQ

**How does GiftRocket play into Tremendous' company history?**

Read the company history: Company History

**What's GiftRocket's legal relationship to Tremendous?**

GiftRocket, Inc. is the corporation name for Tremendous. We also own Tremendous, Inc, and plan on changing the name.

GiftRocket, Inc. owns Tremendous and GiftRocket fully. If you were granted equity, technically you own some of GiftRocket.

**What's GiftRocket's technical relationship to Tremendous?**

GiftRocket currently resides in its own codebase - tremendous-rewards/giftrocket

The idea for Tremendous was originally built inside GiftRocket, as "GiftRocket Rewards", and built inside the GiftRocket codebase.

In early 2019, the Tremendous codebase was forked out from GiftRocket… but the two codebases still pointed at the same database. An attempt was made to DRY things up by extracting common code to a gem, giftrocket_core.

As you may have surmised, this setup was confusing and caused a number of issues. In July of 2021, we did a huge refactor of GiftRocket to make it an API client of Tremendous. This involved:

- Moving all banking and payments-related code to tremendous core
- Creating a private API on tremendous core for some GiftRocket functionality
- Deleting a ton of duplicated code

**Where does GiftRocket get its traffic?**

SEO. We rank really well for all sorts of branded gift cards and gift certificates queries, plus a number of important head terms. We were once #1 for "online gift cards".



CONFIDENTIAL GR_0000513

**What is GiftRocket's strategic importance to Tremendous?**
It's primarily SEO. GiftRocket ranks really well for a very long-tail of queries, like "[business name] gift card". Some of the traffic searching for these terms is actually looking for a solution like Tremendous.

Additionally, GiftRocket has a gigantic email list associated with it - we may be able to market to these users.

**How much revenue does GiftRocket do?**
Maybe $1.5- $2M - around [redacted] of what Tremendous does, but still quite significant.

**Who works on GiftRocket?**
As of 10/19/22, the team is:

- Jane (oversees operations)
- Thorben Starsy (engineer, part-time contractor)
- Brian Porter (fraud analyst, part-time contractor)
- Allison Shriner (customer support, part-time contractor)
- Cheryl Acolatse (customer support, BPO)

It's likely that we'll move support over to our BPO team over the coming months.



CONFIDENTIAL GR_0000514